# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 284 EAL 2016

                   Petitioner

                              : Petition for Allowance of Appeal from
                              : the Order of the Superior Court

          v.

RASSON DRAYTON,

                   Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.